UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
_____ X

Victor Cuoco

                           **Plaintiff**

-against-

Palisades Collection, L.L.C. and
Pressler & Pressler, LLP

                           **Defendants**
_____ X

Case No. 13-cv-06592
(JLL)(MAH)

**Affidavit in Support of
Motion to Substitute Plaintiff**

    BETTY CUOCO, pursuant to 28 U.S.C. § 1746 declares under penalty of perjury that the following is true and correct

    1. I am the mother of the above named Plaintiff, Victor Cuoco.

    2. My son, Victor Cuoco died on September 27, 2013.

    3. My son, Victor Cuoco, did not have a will when he died.

    4. My son Victor Cuoco was not married, and did not have any children.

    5. My son Victor Cuoco lived with me and my husband.

    6. I am fully aware of my son's claims and damages related to this lawsuit that my son brought against the Defendants. His damages included severe physical and emotional distress. My husband and I seek to be substituted for my son so that we can continue this lawsuit against the Defendants. We are my son's next of kin, and will be the ultimate distributees of any assets obtained from the lawsuit. We understand what is involved with continuing this litigation and are willing and capable of continuing to prosecute the claims.

    7. We respectfully request that we be substituted as Plaintiffs in the above action so that we can continue this lawsuit for our son.

Dated: December 27, 2013

_____
Betty Cuoco
93 Helen Ave.
Freehold, NJ 07728