UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____ X

Victor Cuoco

                            Plaintiff

 -against-

Palisades Collection, L.L.C. and
Pressler & Pressler, LLP

                          Defendants
_____X

Case No. 13-cv-06592
(JLL)(MAH)

Affidavit in Support of
Motion to Substitute Plaintiff

     **JOSEPH MAURO** an attorney duly licensed to practice within the State of New York, pursuant to 28 U.S.C. § 1746 declares under penalty of perjury that the following is true and correct

    1. I was the attorney for the deceased Plaintiff, Victor Cuoco.

    2. I filed the action in the Southern District of New York. The case has been transferred to the District of New Jersey.

    3. Upon learning of the Plaintiff's death I filed the "Suggestion of Death" on the record via the Court's ECF system whereby all parties were served with such. The "Suggestion of Death" was filed on October 23, 2013.

    4. I have met with the parents for the deceased Plaintiff Victor Cuoco, and they intend to proceed with this claim. They are aware of the claims and damages in this case and they are seek to continue this litigation.

    5. I intend to move the Court for permission to appear in this action pro hac vice so as to continue to litigate this case.

Dated: December 27, 2013

*Joseph Mauro*
Joseph Mauro
The Law Office of Joseph Mauro, LLC
306 McCall Ave.
West Islip, NY 11795
(631) 669-0921