**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
_____ X

**Victor Cuoco**

                           **Plaintiff**

 **-against-**                              **Case No. 13- cv- 06592**
                                                **(JLL) (MAH)**

**Palisades Collection, L.L.C. and**
**Pressler & Pressler, LLP**

                         **Defendants**
_____X

### ORDER ON MOTION FOR SUBSTITUTION OF PARTY

      The motion of Betty Cuoco and Victor Cuoco, Sr. seeking an order substituting

them in place and instead of their deceased son Victor Cuoco was filed on December 27, 2013.

The Court has reviewed the papers submitted in connection with the motion, and

considered the authorities cited and the argument of counsel. Being so informed, the

Court finds that the claims of the deceased plaintiff Victor Cuoco survive his death, that this

action is not abated, and that Betty Cuoco and Victor Cuoco, Sr. are proper persons to be

substituted in place and instead of Victor Cuoco as the plaintiff in this action.


Therefore, **IT IS ORDERED** that:

      1. The motion is GRANTED;

      2. Betty Cuoco and Victor Cuoco are substituted as the plaintiff in this action;

      3. The Clerk will make whatever changes are appropriate in the records of this court

to reflect the substitution of the plaintiff; and

      4. All papers subsequently filed by any person in this action will have a caption that

properly reflects Betty Cuoco and Victor Cuoco as the plaintiffs in this action.


Dated: _____, 2014

                              SO ORDERED: _____
                                          Hon. Jose L. Linares, U.S.D.J.