**Certificate of Service**

      I, PAUL MAURO, certify that on December 27, 2013 a copy of the foregoing documents were served via the ECF system on the following recipients:

**RANDI A. WOLF**
Spector Gadon & Rosen P.C.
One Greentree Centre
10,000 Lincoln Drive East
Suite 201
Marlton, NJ 08053
856-778-8100
Email: rwolf@lawsgr.com

**MITCHELL L WILLIAMSON**
PRESSLER & PRESSLER, LLP
7 Entin Road
Parsippany, NJ 07054
(973) 753-5100
Email: mwilliamson@pressler-pressler.com

| | |
|---|---|
| Dated: December 27, 2013<br>New York, NY | S/ **Paul Mauro, Esq.**<br>Paul Mauro<br>Paul Mauro, LLC<br>529 West 42 St. #3N<br>New York, NY 10036<br>(917) 536-1719<br>paulmaur@gmail.com |