**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ X

Victor Cuoco

                                   Plaintiff              Docket No.  13 Civ. 5345

 -against-


                                   Defendant

Palisades Collection, L.L.C. and
Pressler & Pressler, LLP

_____ X



SUGGESTION OF DEATH OF PLAINTIFF


        Betty Cuoco and Victor Cuoco Sr., as representatives and/or successor of the
Plaintiff state that the Plaintiff has died.



January 12, 2014              /S/ **PAUL MAURO**
                              Paul Mauro, LLC
                              529 West 42 St. #3N
                              New York, NY 10036
                              Attorney for Betty Cuoco and Victor Cuoco Sr.


                              Joseph Mauro
                              The Law Office of Joseph Mauro, LLC
                              306 McCall Ave.
                              West Islip, NY 11795
                              Attorney for Betty Cuoco and Victor Cuoco Sr.