Call Toll Free: 1-800-805-0841

4 4 00000535
535323 5/12/08

PO Box 18008
Hauppauge, NY 11788-8808
68361498M10512080.369000PVZPSF

VICTOR D CUOCO
93 HELEN AVE
FREEHOLD NJ 07728-2627

PALISADES COLLECTION, LLC VERIZON NEW JERSEY INC.

## Plaza Associates

RE ▸ VICTOR CUOCO
Date ▸ May 12, 2008
Creditor ▸ PALISADES COLLECTION, LLC
VERIZON NEW JERSEY INC.
Account Number ▸ 7327766161604
Control Number ▸ 68361498-10

Please be advised that the above-referenced account is now considered Settled. If you have any questions regarding this matter, please contact this office at the phone number(s) shown above.

**PALISADES COLLECTION, LLC**
**P.O. BOX 1244**
**ENGLEWOOD CLIFFS, NJ 07632**
Office Hours: Mon-Fri 8am-8pm
800-873-5648 (Tel) 201-308-9370 (Fax)

North Carolina Permit# 3804
North Carolina Permit# 4145
New York City Department of Consumer Affairs License#1223521
New York City Department of Consumer Affairs License#1223513

June 02, 2008
#BWNKBHZ
#100305858#
CUOCO,VICTOR D
93 HELEN AVENUE
FREEHOLD, NJ 07728

Original Creditor: Verizon New Jersey Inc.
Previous Creditor: VERIZON
Current Creditor: Palisades Collection, L.L.C.
Account# : 7327766161604
Debtor#: 10030585
Re: Paid Status

Dear CUOCO,VICTOR D:

Palisades Collection, L.L.C received your final payment. Your account is now deemed paid.

We will update our reporting to the three major credit bureaus and our files accordingly. Please be advised it could take up to ninety (90) days for the credit bureaus to comply with our request.

Should you have any questions, please contact the undersigned.


Very truly yours,

*[signature]*

Palisades Collection, L.L.C.
8008735648


This correspondence is from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.

If you have recently filed a bankruptcy proceeding, please be aware that this letter is for informational purposes only. Please forward a copy of this letter to your counsel and/or the trustee, as appropriate, and refer them to a Palisades Collection, L.L.C. customer service representative at 8008735648




For information about the Colorado Fair Debt Collection Practices Act, See
http://www.ago.state.co.us/cadc/cadcmain.cfm

PO Box 18008
Hauppauge, NY 11788-8808

68362105M20512080.369000PVZPSF

4 4 00000536
535323 5/12/08

**Call Toll Free: 1-800-805-0841**

VICTOR CUOCO
93 HELEN AVE
FREEHOLD NJ 07728-2627

PALISADES COLLECTION, LLC VERIZON NEW JERSEY INC.

### Plaza Associates

| | |
|---:|:---|
| RE ▸ | VICTOR CUOCO |
| Date ▸ | May 12, 2008 |
| Creditor ▸ | PALISADES COLLECTION, LLC<br>VERIZON NEW JERSEY INC. |
| Account Number ▸ | 7328455977092 |
| **Control Number** ▸ | **68362105-11** |

Please be advised that the above-referenced account is now considered Settled. If you have any questions regarding this matter, please contact this office at the phone number(s) shown above.

**PALISADES COLLECTION, LLC**
**P.O. BOX 1244**
**ENGLEWOOD CLIFFS, NJ 07632**
Office Hours: Mon-Fri 8am-8pm
800-873-5648 (Tel) 201-308-9370 (Fax)

North Carolina Permit# 3804
North Carolina Permit# 4145
New York City Department of Consumer Affairs License#1223521
New York City Department of Consumer Affairs License#1223513

June 02, 2008
#BWNKBHZ
#100206171#
CUOCO, VICTOR
93 HELEN AVENUE
FREEHOLD, NJ 07728

Original Creditor: Verizon New Jersey Inc.
Previous Creditor: VERIZON
Current Creditor: Palisades Collection, L.L.C.
Account# : 7328455977092
Debtor#: 10020617
Re: Paid Status

Dear CUOCO, VICTOR:

Palisades Collection, L.L.C received your final payment. Your account is now deemed paid.

We will update our reporting to the three major credit bureaus and our files accordingly. Please be advised it could take up to ninety (90) days for the credit bureaus to comply with our request.

Should you have any questions, please contact the undersigned.

Very truly yours,

Palisades Collection, L.L.C.
8008735648

This correspondence is from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.

If you have recently filed a bankruptcy proceeding, please be aware that this letter is for informational purposes only. Please forward a copy of this letter to your counsel and/or the trustee, as appropriate, and refer them to a Palisades Collection, L.L.C. customer service representative at 8008735648

For information about the Colorado Fair Debt Collection Practices Act, See
http://www.ago.state.co.us/cadc/cadcmain.cfm