UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------X

Victor Cuoco

                                   Plaintiff

-against-

Palisades Collection, L.L.C. and
Pressler & Pressler, LLP

                                   Defendants

---------------------------------------------------------X

Case No. 13-cv-06592
(JLL)(MAH)

Affidavit in Further
Support of
Motion to Substitute Plaintiff

      VICTOR CUOCO, pursuant to 28 U.S.C. § 1746 declares under penalty of perjury that the following is true and correct

      1. I am the father of the above named Plaintiff, Victor Cuoco and I make this affidavit in further support of me and my wife's motion to be substituted for my son as Plaintiffs in this lawsuit.

      2. I am represented by Paul Mauro and Joseph Mauro in this case.

      3. I authorized my lawyers to file a both "Suggestions of Death" and the "Motion for Substitution."

      4. I have been given in hand a copy of both "Suggestions of Death."

      5. My son has no assets to distribute.

      6. We respectfully request that we be substituted as Plaintiffs in the above action so that we can continue this lawsuit for our son.

      7. My wife and I have submitted to the New Jersey Surrogates Court the application to have my wife named the administrator for the purpose of continuing this lawsuit. When we

submitted the documents, the clerk at the Court informed us that my appointment will occur, but that the document showing my wife's appointment will not arrive at our house (via Mail) until between January 21, 2013 and January 28, 2013. We have not yet received it.

Dated: January 25, 2014

*Victor Cuoco*
Victor Cuoco
93 Helen Ave.
Freehold, NJ 07728