UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| VICTOR CUOCO, | : | |
| Plaintiff, | : | Civil Action No. 13-6592 (JLL) |
| v. | : | |
|  | : | ORDER |
| PALISADES COLLECTION, LLC, and PRESSLER & PRESSLER, LP, | : | |
| Defendants. | : | |

This matter having come before the Court on the motion of movants Victor and Betty Cuoco to substitute themselves as plaintiffs in this action [ECF No. 15];

and Defendants having opposed the motion [ECF No. 20];

and movants having filed a reply in further support of their motion [ECF No. 29];

and the Court having considered these submissions, the record, and applicable law;

and for the reasons set forth in an Opinion filed on this date;

IT IS on this 11th day of March, 2014,

ORDERED that movant's motion to substitute is **GRANTED.**

*s/ Michael A. Hammer*
**United States Magistrate Judge**