**Paul Mauro, Esq.**
**Paul C. Mauro, LLC**
**529 West 42 St. #3N**
**New York, NY 10036**
*A Limited Liability Company Formed in New York*

(917) 536-1719
paulmaur@gmail.com

July 14, 2014

Honorable Judge Joseph A. Dickson
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

RE*:*   *Cuoco v. Palisades Collection, LLC and Pressler & Pressler, LLP*
       2:13-cv-06592-JLL-JAD

Honorable Judge Dickson:

I represent Betty Cuoco and Victor Cuoco, SR. in the above-referenced matter.  Further Court's direction, attached as Exhibit A please find the Complaint in the above matter that was originally filed in the Southern District of New York.

Most respectfully,


/S/ Paul Mauro